

**CLARICK GUERON REISBAUM** LLP

SARAH BISHOP
646.398.5074
SBISHOP@CGR-LAW.COM

February 2, 2018

**By ECF**

Hon. Joan M. Azrack
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Covington Armstrong v. Weber*, No. 16 Civ. 06578 (JMA) (AKT)

Dear Judge Azrack:

    We represent plaintiff in the above matter, and write jointly with defendants' counsel to give a status update, pursuant to the Court's January 17, 2018 order.

    After the initial conference on March 22, 2017, defendants collected and provided to plaintiff certain financial documents as discussed at the conference. The parties and counsel then met with the mediator at an initial session on August 17, 2017, and are now scheduled to meet with the mediator again on February 27, 2018.

                                          Respectfully submitted,

                                          Sarah Louise Bishop